UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELVIN M. JOHNSON Jr.,

                Plaintiff,

    v.

VERONICA GALVAN ,

                Defendant.

CASE NO. 3:21-cv-05796-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)      The Court ADOPTS the Report and Recommendation.

    (2)      The complaint is dismissed with prejudice and the application to proceed *in forma paueris* and for service of the complaint are stricken as moot.

    (3)      The Clerk is directed to provide a copy of this Order to Plaintiff.

//

//

//

ORDER OF DISMISSAL - 1

DATED this 19th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE